AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK as subrogee of ADMAR PA LLC <br><br> *Plaintiff(s)* <br> v. <br> ARCTIC SLOPE REGIONAL CORPORATION, U.S. COATINGS, LLC, and DONJON SHIPBUILDING AND REPAIR, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  20-42 Erie |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ARCTIC SLOPE REGIONAL CORPORATION
3900 C Street, Suite 801
Anchorage, AK 99503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Benjamin Staherski, Esq.
White and Williams LLP
1650 Market Street, One Liberty Place, Suite 1800
Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

"ENGTM'QH'EQWTV

02/20/2020                                                                                    *Susan Parmeter*

"Fcvg"                                                                                                     "Ukipcvwtg'qh'Engtm'qt'Fgrwv{'Engtm